[No. 19256-0-II.    Division Two.    November 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS E. GRAHAM, *Appellant*.

*In the Matter of the Personal Restraint of* CURTIS E. GRAHAM, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00962-0, M. Karlyn Haberly, J., entered March 3, 1995, together with a petition for relief from personal restraint. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Turner, JJ.

[No. 19280-2-II.    Division Two.    November 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA M. FERRIER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00154-8, James D. Roper, J., entered March 1, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 34127-8-I.    Division One.    December 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. AMES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01085-5, Kathryn E. Trumball, J., entered January 12, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Webster and Coleman, JJ.